**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: 1:05-M-75A** **DATE: June 1, 2005**

**TITLE: UNITED STATES OF AMERICA v. CHUONG NGUYEN**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Dulce Donovan, AUSA
Ed Roy, Esq. (FPD)
Charlene Tryhubczak, Pretrial Services

**PROCEEDINGS:**

Court reads charge and rights
Deft understands charge and rights
Preliminary exam set for 6/6/05 at 2:00p.m. before MJ Almond
Attorneys request bond
Deft released on $10,000.00 unsecured bond and conditions
Deft informed of penalties
Deft understands penalties