**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: 1:05-M-75A** **DATE: June 6, 2005**

**TITLE:** **UNITED STATES OF AMERICA v. CHUONG NGUYEN**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**

Dulce Donovan, AUSA
Ed Roy, Esq.
Heather McLoughlin, Pretrial Services

**PROCEEDINGS:**

Preliminary Exam:

Govt presents evidence through testimony
Govt rests
Deft presents evidence through testimony
Deft rests
Closing arguments
Court takes under advisement